# EXHIBIT 5

1

```
State of South Carolina  )In the Court of Common Pleas
                         )
County of Hampton        ) Case No: 2017-CP-25-00348


Jessica S. Cook, Corrin F.   )
Bowers & Son, Cyril B. Rush,  )
Jr., Bobby Bostick, Kyle Cook,)
Donna Jenkins, Chris Kolbe,   )
and Ruth Ann Keffer, on behalf)
of themselves and all other   )
similarly situated,           )
                              )
              Plaintiff(s),   )    Video Deposition
                              )
vs.                           )           of
                              )
                              )    Michael Crosby
South Carolina Public Service )
Authority, an Agency of the   )
State of South Carolina (also )
known as Santee Cooper); W.   )
Leighton Lord, III, in his    )
capacity as chairman and      )
director of the South Carolina)
Public Service Authority;     )
William A. Finn, in his       )
capacity as director of the   )
South Carolina Public Service )
Authority; Barry Wynn, in his )
capacity as director of the   )
South Carolina Public Service )
Authority; Kristofer Clark, in)
his capacity as director of   )
the South Carolina Public     )
Service Authority; Merrell W. )
Floyd, in his capacity as     )
director of the South Carolina)
Public Service Authority; J.  )
Calhoun Land, IV, in his      )
capacity as director of the   )
South Carolina Public Service )
Authority; Stephen H. Mudge,  )
in his capacity as director of)
the South Carolina Public     )
Service Authority; Peggy H.   )
Pinnell, in her capacity as   )
director of the South Carolina)
Public Service Authority; Dan )
J. Ray, in his capacity as    )
```

1    accept yours, I mean, if you think that's an

2    interpretation as well.  It was a long rambling

3    voicemail, so.  I will tell you, though,

4    Mr. Solomons, that just doesn't sync, your last

5    scenario, because Marion worked in the trenches

6    daily with Carlette and her whole team on

7    invoices.  And so he was in the trenches looking

8    at invoices along with the whole team, and if

9    there was anything awry there, Marion would have

10    already known it.  So the scenario just doesn't

11    make logical sense to me.

12  Q    Okay.  I asked if you had read the transcripts of

13    any depositions and you said no, correct?

14  A    In preparation for this deposition, I have not.

15  Q    Have you read them in any other?

16  A    I have.

17  Q    What depositions have you read?

18  A    I recall reading a redacted version of Carlette

19    Walker's.  I read Ken Browne's deposition.  These

20    were depositions for the Public Service Commission

21    hearing.  And I read Gary Jones' deposition, who

22    was ORS' expert.

23  Q    When you read Ken Browne's, do you remember

24    discussion in Ken Browne's deposition about Ken

25    Browne doing some calculations in determining at

Michael Crosby -June  20 & 21, 2019
Jessica S. Cook, et al. v. SC PSA, et al.

140

```
 1          the current rate that things were going it would

 2          take over 26 years to complete the project?

 3              MR. CHALLEY:  [Objection]

 4              MS. THOMAS:  [Objection]

 5    A     I did a similar calculation.

 6    Q     You had done a similar calculation?

 7    A     If you looked at in the moment, the contractor's

 8          performance hadn't increased.  And so when we

 9          started getting metric type data where you could

10          do that -- I'm trying to think of the context I

11          did it in -- but I had done a similar calculation

12          myself.  They were not making the progress

13          month-over-month that they needed to make, and

14          that's what we were working so hard to effect a

15          change on.  You know, I didn't check Kenny's math,

16          and to be honest with you, I don't remember that

17          as part of the deposition, but I did read the

18          deposition.

19    Q     Do you know Ken Browne?

20    A     I do.  I know him well.

21    Q     Is he honest?

22    A     He's a good guy, yes.

23    Q     Is he competent?

24    A     He's a good engineer.

25              MR. CHALLEY:  [Objection]
```