# EXHIBIT 14

1

```
State of South Carolina   )In the Court of Common Pleas
                          )
County of Hampton         ) Case No: 2017-CP-25-00348


Jessica S. Cook, Corrin F.    )
Bowers & Son, Cyril B. Rush,  )
Jr., Bobby Bostick, Kyle Cook,)
Donna Jenkins, Chris Kolbe,   )
and Ruth Ann Keffer, on behalf)
of themselves and all other   )
similarly situated,           )
                              )
              Plaintiff(s),   )    Video Deposition
                              )
vs.                           )          of
                              )
                              )      Jason Williams
South Carolina Public Service )
Authority, an Agency of the   )
State of South Carolina (also )
known as Santee Cooper); W.   )
Leighton Lord, III, in his    )
capacity as chairman and      )
director of the South Carolina)
Public Service Authority;     )
William A. Finn, in his       )
capacity as director of the   )
South Carolina Public Service )
Authority; Barry Wynn, in his )
capacity as director of the   )
South Carolina Public Service )
Authority; Kristofer Clark, in)
his capacity as director of   )
the South Carolina Public     )
Service Authority; Merrell W. )
Floyd, in his capacity as     )
director of the South Carolina)
Public Service Authority; J.  )
Calhoun Land, IV, in his      )
capacity as director of the   )
South Carolina Public Service )
Authority; Stephen H. Mudge,  )
in his capacity as director of)
the South Carolina Public     )
Service Authority; Peggy H.   )
Pinnell, in her capacity as   )
director of the South Carolina)
Public Service Authority; Dan )
J. Ray, in his capacity as    )
```

```
director of the South Carolina)
Public Service Authority;     )
David F. Singleton, in his    )
capacity as director of the   )
South Carolina Public Service )
Authority; Jack F. Wolfe, Jr.,)
in his capacity as director of)
the South Carolina Public     )
Service Authority; Central    )
Electric Cooperative, Inc.;   )
Palmetto Electric Cooperative,)
Inc.; South Carolina Electric )
& Gas Company; and SCANA      )
Corporation,                  )
                              )
            Defendant(s).     )
_____)
```

       Video deposition of Jason Williams, taken before Heather R. Landry, CVR, Nationally Certified Verbatim Court Reporter and Notary Public in and for the State of South Carolina, scheduled for 9:30 a.m. and commencing at the hour of 9:40 a.m., Thursday, June 13, 2019, at the office of Nelson Mullins, COLUMBIA, South Carolina.

                      Reported by:
                  Heather R. Landry, CVR

6:19-cv-03285-TLW     Date Filed 11/27/19     Entry Number 6-20     Page 4 of 5

Jason Williams -June 13, 2019
Jessica S. Cook, et al. v. SC PSC, et al.

83

1          to conduct oversight of all aspects of the
2          day-to-day design and construction of the project,
3          including, but not limited to, scheduling
4          financial, engineering, operational and
5          contractual aspects of the project.  Is that
6          correct?
7     A    Yes.
8     Q    And you became a representative on-site in the
9          middle of 2016, correct?
10              MS. THOMAS:  [Objection]
11    A    Yes, I began supporting Units 2 and 3 in the
12         middle of 2016.
13    Q    In your role as supporting, were you assisting
14         Mr. Cherry with his oversight role?
15    A    Yes.
16    Q    I believe you described it as more of a technical
17         role.  Is that correct?
18    A    It was intended to be more of a technical role,
19         but due to the issues we had in 2016 filling my
20         other job on Unit 1, I was playing both roles,
21         actually.
22    Q    And you carried out your role in that function to
23         the best of your ability, correct?
24    A    Yes.
25    Q    Now, you're aware that the DCA is the main

6:19-cv-03285-TLW     Date Filed 11/27/19    Entry Number 6-20    Page 5 of 5

Jason Williams -June 13, 2019
Jessica S. Cook, et al. v. SC PSC, et al.

84

```
 1            contract between SCE&G and Santee Cooper related
 2            to the project.  Is that right?
 3                MS. THOMAS:   [Objection]
 4    A       Yes.
 5    Q       And this is the document that, to your
 6            understanding, defines the rights and obligations
 7            of SCE&G and Santee related to the project,
 8            correct?
 9    A       Correct.
10    Q       And it defines, for example, the party's ownership
11            share, right?
12    A       Yes.
13    Q       It defines the party's respective liability as it
14            relates to each other, correct?
15                MS. THOMAS:   [Objection]
16    A       Yes.
17    Q       And if Santee Cooper had any concerns with regard
18            to the way that SCE&G had managed the project,
19            Santee would want to look at this contract as to
20            its rights and obligations.  Is that right?
21                MS. THOMAS:   [Objection]
22    A       Yes.
23    Q       Let's talk a little bit more about your role on
24            the project.  How did your role differ from
25            Mr. Cherry's role on the project?
```