# EXHIBIT B

1

```
State of South Carolina  )In the Court of Common Pleas
                         )
County of Hampton        ) Case No: 2017-CP-25-355


Richard Lightsey, LeBrian  )
Cleckley, Phillip Cooper, et )
al., on behalf of themselves )
and all others similarly   )
situated,                  )
                           )
            Plaintiff(s),  )   Videotaped Deposition
                           )
vs.                        )            of
                           )
                           )     JIMMY ADDISON
South Carolina Electric & Gas )
Company, a Wholly Owned    )
Subsidiary of SCANA, SCANA )
Corporation, and the State of )
South Carolina,            )
                           )
            Defendant(s).  )
                           )
                           )
South Carolina Office of   )
Regulatory Staff,          )
                           )
            Intervenor.    )
_____)
```

                    THE PUBLIC SERVICE COMMISSION
                          OF SOUTH CAROLINA
             DOCKET NOS. 2017-207-E, 2017-305-E, AND 2017-370-E


```
IN RE: Friends of the Earth and  )
Sierra Club Complainant/Petitioner)
v. South Carolina Electric & Gas )
Company, Defendant/Respondent    )
                                 )
IN RE: Request of the South      )
Carolina Office of Regulatory    )
Staff for Rate Relief to SCE&G   )
Rates Pursuant to SC Code Ann.   )
§58-27-920                       )
                                 )
IN RE: Joint Application and     )
Petition of South Carolina       )
```

2

Electric & Gas Company and          )
Dominion Energy, Incorporated for   )
Review and Approval of a Proposed   )
Business Combination between SCANA  )
Corporation and Dominion Energy,    )
Incorporated, as May be Required,   )
and for a Prudency Determination    )
Regarding the Abandonment of the    )
VC Summer Units 2 & 3 Project and   )
Associated Customer Benefits and    )
Cost Recovery Plans                 )

_____)


       Videotaped deposition of JIMMY ADDISON, taken

before Heather R. Landry, CVR, Nationally Certified

Verbatim Court Reporter and Notary Public in and for

the State of South Carolina, scheduled for 9:00 a.m.

and commencing at the hour of 9:17 a.m., Wednesday,

October 3, 2018, at the office of Wyche, PA,

Greenville, South Carolina.

               Reported by:

            Heather R. Landry, CVR

Jimmy Addison - October 3, 2018
Richard Lightsey, et al. v. South Carolina
Electric  & Gas, et al.

134

```
 1          reviews document.)  Okay.

 2   Q      You testified here that the company would be

 3          completely transparent.  Is that correct?

 4   A      That's correct.

 5   Q      Mr. Addison, sitting here now today, was SCE&G

 6          completely transparent in the project before the

 7          PSC and ORS?

 8   A      I don't know of anything sitting here today where

 9          we were not transparent.

10   Q      You're aware of the Bechtel report.  Is that

11          right, Mr. Addison?

12   A      I am.

13   Q      The schedule assessment that the Bechtel Company

14          completed, the company never revealed that to the

15          PSC or to the ORS, did they?

16   A      Because of events subsequent to abandonment, I

17          became aware that apparently the company did not.

18          But I was not a part of the review of that report

19          upfront or the final review of the report.  In

20          fact, I haven't seen the report.  I haven't read

21          the report to date.  So I'm left to conclude that

22          -- I can't conclude that the company didn't

23          disclose a material fact just because the report

24          that was prepared under anticipation of litigation

25          was not disclosed at the time.  I don't know that.
```