# EXHIBIT D

Kevin Marsh

```
 1  STATE OF SOUTH CAROLINA              IN THE COURT OF
     COUNTY OF HAMPTON                    COMMON PLEAS
 2                        - - -

 3  RICHARD LIGHTSEY, LEBRIAN          :
     CLECKLEY, PHILLIP COOPER,          :
 4  ET AL., ON BEHALF OF THEMSELVES    :  CASE NO.
     AND ALL OTHERS SIMILARLY           :  2017-CP-25-335
 5  SITUATED,                          :
                                        :
 6           Plaintiffs,                :
                                        :
 7          vs.                         :
                                        :
 8  SOUTH CAROLINA ELECTRIC & GAS      :
     COMPANY, A WHOLLY OWNED            :
 9  SUBSIDIARY OF SCANA, SCANA         :
     CORPORATION, AND THE STATE OF      :
10  SOUTH CAROLINA,                    :
                                        :
11           Defendants,                :
                                        :
12  SOUTH CAROLINA OFFICE OF           :
     REGULATORY STAFF,                  :
13                                      :
             Intervenor.                :
14
     (Case Caption Continues on Page 2)
15  _____

16        VIDEOTAPED DEPOSITION OF KEVIN MARSH
                     VOLUME 1
17  _____

18  DATE TAKEN:      Monday, October 29, 2018

19  TIME BEGAN:      9:08 a.m.

20  TIME ENDED:      6:18 p.m.

21  LOCATION:        WYCHE, P.A.
                      44 East Camperdown Way
22                    Greenville, SC  29601

23  REPORTED BY:     Karen Kidwell, RMR, CRR, CBC
                      EveryWord, Inc.
24                    P.O. Box 1459
                      Columbia, South Carolina 29202
25                    803-212-0012
```

1  on is:  Did you agree with the -- with this attempt
2  that -- to characterize SCANA's efforts as less than
3  genuine?
4        A.   I'm not sure I understand your question.
5        Q.   Did you think SCANA was acting in a way,
6  less than genuine, during its oversight of the
7  project?
8        A.   Absolutely not.  We were open and honest,
9  in my opinion, with all of our communications with
10 Santee throughout the project.  As they raised
11 concerns, I believe our -- our nuclear construction
12 team did their best to resolve those.
13            If it was something I could resolve with
14 Lonnie, I certainly feel like I made every effort to
15 do that.
16       Q.   Okay.  Did you discuss this letter with
17 Mr. Carter after he -- or this document with
18 Mr. Carter after he transmitted it to you?
19       A.   I did.  Lonnie and his team were scheduled
20 to come have a meeting with me and some other nuclear
21 project representatives, I believe it was, on a
22 Thursday or Friday of the week I got this letter.
23            When Lonnie got there, I called Lonnie
24 into my office and told him I was disappointed and
25 surprised that I would get a letter like this from