# EXHIBIT F

```
State of South Carolina   ) In the Court of Common Pleas
                          )
County of Hampton         ) Case No: 2017-CP-25-00348


Jessica S. Cook, Corrin F.    )
Bowers & Son, Cyril B. Rush,  )
Jr., Bobby Bostick, Kyle Cook,)
Donna Jenkins, Chris Kolbe,   )
and Ruth Ann Keffer, on behalf)
of themselves and all other   )
similarly situated,           )
                              )
            Plaintiff(s),     )    Deposition
                              )
vs.                           )        of
                              )
                              )    JIMMY ADDISON
South Carolina Public Service )
Authority, an Agency of the   )
State of South Carolina (also )
known as Santee Cooper); W.   )
Leighton Lord, III, in his    )
capacity as chairman and      )
director of the South Carolina)
Public Service Authority;     )
William A. Finn, in his       )
capacity as director of the   )
South Carolina Public Service )
Authority; Barry Wynn, in his )
capacity as director of the   )
South Carolina Public Service )
Authority; Kristofer Clark, in)
his capacity as director of   )
the South Carolina Public     )
Service Authority; Merrell W. )
Floyd, in his capacity as     )
director of the South Carolina)
Public Service Authority; J.  )
Calhoun Land, IV, in his      )
capacity as director of the   )
South Carolina Public Service )
Authority; Stephen H. Mudge,  )
in his capacity as director of)
the South Carolina Public     )
Service Authority; Peggy H.   )
Pinnell, in her capacity as   )
director of the South Carolina)
Public Service Authority; Dan )
J. Ray, in his capacity as    )
```

```
director of the South Carolina)
Public Service Authority;     )
David F. Singleton, in his    )
capacity as director of the   )
South Carolina Public Service )
Authority; Jack F. Wolfe, Jr.,)
in his capacity as director of)
the South Carolina Public     )
Service Authority; Central    )
Electric Cooperative, Inc.;   )
Palmetto Electric Cooperative,)
Inc.; South Carolina Electric )
& Gas Company; and SCANA      )
Corporation,                  )
                              )
            Defendant(s).     )
_____)
```

       Deposition of JIMMY ADDISON, taken before Jennifer L. Thompson, CVR-M, Nationally Certified Verbatim Court Reporter and Notary Public in and for the State of South Carolina, scheduled for 10:00 a.m. and commencing at the hour of 10:04 a.m., Monday, November 4, 2019, at the office of Nelson Mullins, Charleston, South Carolina.

                        Reported by:
                    Jennifer L. Thompson, CVR-M

6:19-cv-03285-TLW     Date Filed 12/04/19     Entry Number 11-7     Page 4 of 5

Jimmy Addison - November 4, 2019
Jessica Cook, et al. v. SC PSC, et al.

65

```
 1          been shut down.  Isn't that correct?
 2              MR. CHALLY:  [Objection]
 3    A     On the advice of counsel, I decline to answer the
 4          question based on my Fifth Amendment rights under
 5          the Constitution.
 6    Q     Isn't it true the executives were able to keep
 7          their jobs as a result of the continuance of the
 8          failed nuclear project?
 9              MR. CHALLY:  [Objection]
10    A     On the advice of counsel, I decline to answer the
11          question based on my Fifth Amendment rights under
12          the Constitution.
13    Q     Please tell the jury if you are sorry for the
14          billions of dollars that were wasted on the
15          construction project at VC Summer Units 2 and 3?
16              MR. CHALLY:  [Objection]
17    A     On the advice of counsel, I decline to answer the
18          question based on my Fifth Amendment rights under
19          the Constitution.
20    Q     Isn't it true that you received millions of
21          dollars in bonuses as this project failed?
22    A     On the advice of counsel, I decline to answer the
23          question based on my Fifth Amendment rights under
24          the Constitution.
25    Q     Isn't it true while you have received millions of
```

6:19-cv-03285-TLW     Date Filed 12/04/19    Entry Number 11-7    Page 5 of 5

Jimmy Addison - November 4, 2019
Jessica Cook, et al. v. SC PSC, et al.

84

```
 1          could receive tax benefits, correct?
 2              MR. CHALLY:  [Objection]
 3    A     On the advice of counsel, I decline to answer the
 4          question based on my Fifth Amendment rights under
 5          the Constitution.
 6    Q     What was the amount of the tax benefits received
 7          by SCE&G for abandoning the project?
 8    A     On the advice of counsel, I decline to answer the
 9          question based on my Fifth Amendment rights under
10          the Constitution.
11    Q     When SCE&G decided to abandon the project, it knew
12          that this would increase cost to Santee Cooper,
13          correct?
14              MR. CHALLY:  [Objection]
15    A     On the advice of counsel, I decline to answer the
16          question based on my Fifth Amendment rights under
17          the Constitution.
18    Q     SCE&G's decision to abandon the project meant that
19          Santee Cooper would have to pay all of the costs
20          to maintain and preserve the site, correct?
21              MR. CHALLY:  [Objection]
22    A     On the advice of counsel, I decline to answer the
23          question based on my Fifth Amendment rights under
24          the Constitution.
25    Q     And you understand, sir, there are significant
```